IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3109 |
| vs. | ORDER |
| JOSE L. GONZALEZ, | |
| Defendant. | |

This matter is before the Court on the defendant's Appeal of the Magistrate Judge's Detention Order (filing 16). The defendant objects to the Magistrate Judge's Order (filing 14) detaining the defendant pending trial. The Court has reviewed the record de novo, *see* NECrimR 46.2(c), and will overrule the defendant's objection.

IT IS ORDERED that the defendant's Appeal of the Magistrate Judge's Detention Order (filing 16) is overruled.

Dated this 5th day of September, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge