IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3109 |
| vs. | |
| JOSE L. GONZALEZ, | ORDER |
| Defendant. | |

Defendant's appointed counsel, Chad D. Primmer, cannot represent Defendant at this time. At the court's request, the Federal Public Defender has located counsel to replace Chad D. Primmer, and Tregg R. Lunn shall enter his appearance as counsel for Defendant.

Accordingly,

IT IS ORDERED:

1)   On the court's own motion, Chad D. Primmer is withdrawn as counsel for the Defendant. The Clerk is directed to remove Chad D. Primmer from all future ECF notifications in this case.

2)   Tregg R. Lunn is hereby appointed as counsel for Defendant and shall promptly forward a copy of this memorandum and order to the defendant.

April 21, 2021.

BY THE COURT:

s/ John M. Gerrard
Chief United States District Judge